AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:17-cv-13916-BAF-APP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Office of the Attorney General

was received by me on *(date)* 01/08/2018 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Certified mail, return receipt requested; restricted delivery: 950 Pennsylvania Ave NW, Washington DC 20003

My fees are $ 10.12 for travel and $ _____ for services, for a total of $ 10.12 .

I declare under penalty of perjury that this information is true.

Date: 01/22/2018

*Ahmed M. Mohamed*
Server's signature

Ahmed M. Mohamed, Trial Attorney
*Printed name and title*

453 New Jersey Ave SE, Washington DC 20003
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

## Track Another Package +

Tracking Number: 70170190000025552608                                    Remove ✕

**Expected Delivery on**

**MONDAY**
**8** JANUARY 2018 ⓘ

by
**8:00pm** ⓘ

## ✓ Delivered

January 8, 2018 at 4:33 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $ _____
☐ Return Receipt (electronic)  $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required  $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$ 10.12

Postmark Here

Sent To _Office of AG, Qafko_
Street and Apt. No., or PO Box No. _950 Pennsylvania Ave NW_
City, State, ZIP+4® _Washington, DC 20530-0001_

7017 0390 0000 2555 2608

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:17-cv-13916-BAF-APP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __United States Attorney__

was received by me on *(date)* __01/08/2018__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Certified mail, return receipt requested; restricted delivery: 211 W. Fort Street, Suite 1200, Detroit, Michigan 48226

My fees are $ __10.12__ for travel and $ _____ for services, for a total of $ __10.12__.

I declare under penalty of perjury that this information is true.

Date: __01/22/2018__

*Ahmed M. Mohamed*
Server's signature

Ahmed M. Mohamed, Trial Attorney
*Printed name and title*

453 New Jersey Ave SE, Washington DC 20003
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    United States Attorney Office
    211 W. Fort St, suite 2001
    Detroit, MI 48226

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Carolyn_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number (Transfer from service label)

    7017 0190 0000 2555 2615

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15



U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$ 6.12

Postmark Here

Sent To: US Attorney, Detroit, Office
Street and Apt. No., or PO Box No.: 211 W. Fort St, suite 2001
City, State, ZIP+4: Detroit, MI 48226

7017 0190 0000 2555 2615

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-cv-13916

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Aaron F. Poyer

was received by me on *(date)* 01/09/2018 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Certified mail, return receipt requested; restricted delivery: 211 W. Fort Street, Suite 1200, Detroit, Michigan 48226

My fees are $ 10.12 for travel and $ _____ for services, for a total of $ 10.12 .

I declare under penalty of perjury that this information is true.

Date: 01/22/2018

*Ahmed M. Mohamed*
*Server's signature*

Ahmed M. Mohamed, Trial Attorney
*Printed name and title*

453 New Jersey Ave SE, Washington DC 20003
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Aaron F. Poyer
CBP supervisory criminal Investigator
Detroit Field Office, US CBP
211 W. Fort Street, Suite 1200
Detroit, MI 48226

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Valerie Abernathy
☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☑ Yes

2. Article Number (Transfer from service label)
7017 0190 0000 2555 2592

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154

**U.S. Postal Service CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ _____
☐ Return Receipt (electronic) $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$ 6.12

Postmark Here
✓

Sent To: Aaron F. Poyer, CBP oafk
Street and Apt. No., or PO Box No.: 211 W. Fort Street, suite 1200
City, State, ZIP+4®: Detroit, MI 49226

7017 0190 0000 2555 2592

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-cv-13916

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Christopher M. Perry

was received by me on *(date)* 01/09/2018 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Certified mail, return receipt requested; restricted delivery: 211 W. Fort Street, Suite 1200, Detroit, Michigan 48226

My fees are $ 10.12 for travel and $ _____ for services, for a total of $ 10.12 .

I declare under penalty of perjury that this information is true.

Date: 01/22/2018

*Server's signature:* Ahmed M. Mohamed

Ahmed M. Mohamed, Trial Attorney
*Printed name and title*

453 New Jersey Ave SE, Washington DC 20003
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Attn: Christopher M. Perry, Director, Detroit Field Office, United States CBP, 211 W. Fort Street, Suite 1200, Detroit, MI 48226

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X J Alford
☐ Agent
☐ Addressee

B. Received by ( Printed Name ): J ALFORD
C. Date of Delivery: 1/9/18

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail
☐ Express Mail
☐ Registered
☐ Return Receipt for Merchandise
☐ Insured Mail
☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☑ Yes

2. Article Number (Transfer from service label)
7017 0190 0000 2555 2578

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-154



U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $ _____
☐ Return Receipt (electronic) $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required    $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$
Total Postage and Fees
$ 10.12

Sent To Christopher M. Perry Qatto
Street and Apt. No., or PO Box No. 211 W. Fort Street, Suite 1300
City, State, ZIP+4® Detroit, MI 48226

Postmark
Here

7017 0190 0000 2555 2578

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-cv-13915

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Charles T. Mullins, Jr.

was received by me on *(date)* 01/09/2018 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Certified mail, return receipt requested; restricted delivery: 211 W. Fort Street, Suite 1200, Detroit, Michigan 48226

My fees are $ 10.12 for travel and $ _____ for services, for a total of $ 10.12 .

I declare under penalty of perjury that this information is true.

Date: 01/22/2018

*Ahmed M. Mohamed*
*Server's signature*

Amed M. Mohamed, Trial Attorney
*Printed name and title*

453 New Jersey Ave SE, Washington DC 20003
*Server's address*

Additional information regarding attempted service, etc:

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X /s/ Valerie Abernathy  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery |
| 1. Article Addressed to: Charles T. Mullins JR.<br>CBP Internal Affairs criminal Investigator<br>Detroit Field office, US CBP<br>211 W. Fort Street, Suite 1200<br>Detroit, MI 48226 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*)   ☒ Yes |
| 2. Article Number (*Transfer from service label*) | 7017 0190 0000 2555 2585 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

