UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIMITRI QAFKO,

        Plaintiff,

v.

KIRSTJEN NIELSEN,
SECRETARY OF THE UNITED
STATES DEPARTMENT OF
HOMELAND SECURITY, in her
official capacity,

        Defendant.
_____/

Case No. 2:17-cv-13916
District Judge Bernard A. Friedman
Magistrate Judge Anthony P. Patti

## **ORDER GRANTING IN PART DEFENDANT'S MOTION FOR PROTECTIVE ORDER (DE 35)**

This matter is before the Court for consideration of Defendant's motion for protective order (DE 35), Plaintiff's response (DE 47), Defendant's reply (DE 48), and the parties' joint statement of resolved and unresolved issues (DE 49). This motion was referred to me for hearing and determination (DE 37), and a hearing was held on March 27, 2019, at which the Court entertained oral argument regarding the unresolved issues.

Upon consideration of the motion papers and oral argument, and consistent with the Court's ruling and the parties' stipulation stated on the record, all of which are hereby incorporated by reference as though fully restated herein, Defendant's

motion for protective order (DE 35) is **GRANTED IN PART**.  Defendant is directed to submit to the Court a proposed protective order in conformance with the Court's ruling and the parties' stipulation on the record, which Plaintiff's counsel must sign as either "stipulated" or "approved as to form."

**IT IS SO ORDERED.**

Dated: March 28, 2019                          s/*Anthony P. Patti*
                                                              Anthony P. Patti
                                                              UNITED STATES MAGISTRATE JUDGE

### Certificate of Service

I hereby certify that a copy of the foregoing document was sent to parties of record on March 28, 2019, electronically and/or by U.S. Mail.

                                                              s/Michael Williams
                                                              Case Manager for the
                                                              Honorable Anthony P. Patti